# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| **LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**Ticket Takedown LLC**<br><br>*Defendant* | Civil Action No. 3:25-cv-01477-SB |

## AFFIDAVIT OF SERVICE

I, David Eskelin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Ticket Takedown LLC in Jackson County, MO on August 26, 2025 at 3:32 pm at 110 W 9th St, 100, KCMO, MO 64105 by leaving the following documents with Samama Mahmad who as Office Manager is authorized by appointment or by law to receive service of process for Ticket Takedown LLC.

SUMMONS IN A CIVIL ACTION

Additional Description:
I found the business by looking in the locked front door. I observed a light on inside suite 100. I looked in another window and observed a female subject sitting at a desk. I knocked to get her attention. She responded by coming to the main entrance. I discussed the nature of my visit. She said that the owner was out of town. She was not sure if she could accept service. She told me to wait outside and she would call someone. A few minutes later she came outside and accepted service.

Middle Eastern Female, est. age 25-34, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.1035883,-94.584885
Photograph: See Exhibit 1

Total Cost: $190.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Jackson County__ , __MO__ on __8/27/2025__ .

*/s/ David Eskelin*
Signature
David Eskelin
+1 (816) 507-0056

