Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> TICKET TAKEDOWN LLC <br><br> Defendant. | Case No. 3:25-cv-01477-SB <br><br><br> NOTICE OF DISMISSAL <br> TCPA (47 U.S.C. § 227) <br> DEMAND FOR JURY TRIAL |

**NOTICE OF DISMISSAL**

Plaintiff Leon Weingrad, by his undersigned counsel, hereby voluntarily dismisses this action, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 4l(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

Notice of Dismsisal                    1

Dated: July 14, 2026

s/*Andrew Roman Perrong*
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

July 14, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

Notice of Dismsisal                    2